JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV 6854

_NICOLE T. WHITE_

(In the space above enter the full name(s) of the plaintiff(s).)

RECEIVED
SEP 29 2011
U.S.D.C. S.D.N.Y.
CASHIERS

COMPLAINT

-against-

_CISCO SYSTEMS "CISCO"_

_THE OTTINGER FIRM P.C._
_(ROBERT OTTINGER)_

_CISCO: DAVID HOLLAND, CARLOS DOMINGUEZ,_
_DARYL BROOK, PAT FINN, DAVID ANDEMICHAEL, HOWARD FYFFE_
_LYNLEY NOVIELLO, GERAD LITHGOW, JOHN KISSANE, IGOR KLENER,_
_FRANK PALUMBO, LOU MCELWAIN, JERRY McAVEY, ETC)_

Jury Trial:  ☐ Yes  ☒ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above
caption must be identical to those contained in Part I. Addresses should
not be included here.)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _NICOLE WHITE_
Street Address _55 St. ANDREWS DRIVE_
County, City _SUFFOLK, HUNTINGTON_
State & Zip Code _NEW YORK 11743_
Telephone Number _(917) 710-7845_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name DAVID HOLLAND
Street Address 170 TASMAN DRIVE
County, City SAN JOSE
State & Zip Code CA, 95134
Telephone Number 800-800-1190

Defendant No. 2   Name Pat Finn
Street Address One Penn Plaza, 9th Floor
County, City New York
State & Zip Code New York 10119
Telephone Number 212-714-4000

Defendant No. 3   Name Carlos Dominguez
Street Address 170 Tasman Drive
County, City San Jose
State & Zip Code CA, 95134 (He lives in NJ)
Telephone Number 800-800-1190

Defendant No. 4   Name Frank Palumbo
Street Address One Penn Plaza, 9th Floor
County, City New York
State & Zip Code New York
Telephone Number 212-714-4000

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions   ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? After & during my mediation with Cisco

B. What date and approximate time did the events giving rise to your claim(s) occur? On & after Oct 6th 2008

C. Facts: I HAD WORKED FOR CISCO FOR #-5 YEARS & PERFORMED MY JOB W/ STELLAR RESULTS. THEY DECIDED TO FIRE ME W/O CAUSE. THAT'S WHEN I BROUGHT ON THE LAW SUIT. MY ATTORNEY NEVER DEFENDED ME, NEVER SPOKE ON MY BEHALF & MORE IMPORTANTLY HE MISLED ME. HE DIDN'T LET ME HAVE A COPY OF THE MEDIATION AGREEMENT THE NIGHT OF THE SIGNING. WITH MY CREDENTIALS I COULDN'T GET A JOB FOR A YEAR WHEREAS PEOPLE W/ LESS THAN MY QUALIFICATIONS WERE GETTING JOBS. WHEN I FINALLY GOT A JOB, I WAS ISOLATED & TERRIFIED. MY QUOTA WAS RAISED - BUT I WAS TOLD I WAS DOING A GOOD JOB "AT THE MOMENT". I WAS PROMISED ONE THING WHEN I TOOK THE JOB & THE JOB WAS SOMETHING ENTIRELY DIFFERENT. I WAS OFFERED A POSITION WITH HP A CISCO COMPETITOR NINE MONTHS AFTER, SO I TOOK IT. 2½ WEEKS INTO THAT JOB THERE WAS AN ANNOUNCEMENT ABOUT A CISCO PERSON BEING OUR VP - A GUY I HAD NAMED IN MY LAW SUIT. 6 MONTHS INTO THAT JOB, I WAS FIRED W/O CAUSE. THEY HAVE STOLEN MY DOCUMENTS AT MY DENTIST OFFICE (THE COPY OF THE ORIGINAL VERSION). THERE HAS BEEN MANY CRIMES COMMITTED! THEY HAVE BOOKED BOGUS ORDERS TO INFLATE REVENUES & THAT'S WHY THEY'RE DOING THIS TO ME.

(sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I HAVE SUFFERED A GREAT DEAL EMOTIONALLY & SO HAS MY FAMILY IN DEALING W/ THIS ORDEAL. I HAVE LOST MY DIGNITY & REPUTATION IN THIS INDUSTRY. I HAVE LOST MY FRIENDS & CLIENTS.

AS PART OF MY CASE I HAD PROVIDED DOCUMENTATION TO A "LOI" WRITTEN FROM (DIANE PEKMEZIAN) FOR MIKE WEINBERG OF SMITH BARNEY IN 1997, SO SHE AND HER Cisco MANAGEMENT TEAM COULD BOOK ORDERS. ALSO IN 2007 CISCO HAS BOOKED ORDERS FOR UNITED NATIONS W/O PURCHASE ORDERS.

Rev. 05/2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _for_

I will ask the court compensatory damages, as well as punitive damages. I have suffered quite a lot over the past few years. They have violated my rights, my home, my safe deposit box, my doctors — It may be all very hard to prove — but they have done it. You should ask yourself why I would lie?

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of Sept, 20 11.

Signature of Plaintiff: Nicole White

Mailing Address: 55 St. Andrews Drive, Huntington NY 11743

Telephone Number: 917-710-7845

Fax Number (if you have one):

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010